UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
Western

In the matter of:
ZICKAFOOSE, JAMES GREGORY
ZICKAFOOSE, CINDY SUE

Case No. 09-36588 S

Chapter 7

Judge RICHARD L. SPEER

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $4.87 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank, dba OLD NAVY, 25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 9 | 4.87 |